# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

153586

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SHAWN M. WILLIAMSON,
        Plaintiff-Appellee,

v

                                                SC: 153586
                                                COA: 330261
                                                MCAC: 12-000131

GENERAL MOTORS, LLC,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the March 31, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016                              

t1130                                                          Clerk